UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNE BUCHANAN, on behalf of herself and others similarly situated,

Plaintiff,

-against-

HUMANEDGE, INC.,

Defendant.

26-CV-7959 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

An initial pretrial conference is scheduled in this case for **December 10, 2026**. ECF No. 6 (Sept. 25, 2026). In light of the Court's Order consolidating the above-captioned case with *Toumazou v. HumanEdge, Inc.*, 26-CV-7696 (NSR), and staying all proceedings in this case, ECF No. 11 (Nov. 13, 2026), the Court hereby ADJOURNS the initial pretrial conference *sine die*, along with the parties' accompanying deadline to submit a joint status letter and proposed case management plan.

Dated: November 16, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge